# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CURTIS MARVIN PERRY | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-11-00774-001 SBA<br>BOP Case Number: DCAN411CR000774-001<br>USM Number:<br>Defendant's Attorney :EDWARD SMOCK |

**THE DEFENDANT:**

[**x**]    admitted guilt to violation of condition(s) <u>charges 1 & 2 of the Probation Form 12 .</u>

[ ]    was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|:---:|:---|:---:|
| 1 | DEFENDANT FAILED TO RESIDE IN A RESIDENTIAL REENTRY CENTER FOR A PERIOD OF FOUR (4) MONTHS AND FOLLOW THE RULES AS INSTRUCTED BY THE PROBATION OFFICER | MARCH 29, 2013 |
| 2 | DEFENDANT ADMITTED TO SMOKING MARIJUANA LACED WITH COCAINE ON APRIL 13, 2013. DEFENDANT VOLUNTARILY SIGNED AN ADMISSION REPORT OF DRUG USE. | APRIL 16, 2013 |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:                                    Defendant's USM No.:

Defendant's Date of Birth:                                    <u>Defendant's Residence Address:</u>

Defendant's Mailing Address:

July 2, 2013

Date of Imposition of Judgment

*Saundra B Armstrong*

Signature of Judicial Officer

Honorable Saundra B. Armstrong, U. S. District Judge

Name & Title of Judicial Officer

7/5/13

Date

DEFENDANT:       CURTIS MARVIN PERRY                          Judgment - Page 3  of  3
CASE NUMBER:     CR-11-00774-001 SBA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 months .

[ ]     The Court makes the following recommendations to the Bureau of Prisons:

[ ]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[**x**]     The defendant shall surrender to the United States Marshal for this district.

       [**x**]  at 12:00  [] am [x] pm on 8/16/13 .
       [] as notified by the United States Marshal.

       The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[**x**]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       [**x**] before 2:00 pm on 8/16/13 .
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Office.

       The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                  UNITED STATES MARSHAL

          By _____

                           Deputy United States Marshal